**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| URBAN AIR INITIATIVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 15-1333 (ABJ) |
| ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR**
**EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for a two-week extension of time to November 12, 2015, to respond to Plaintiff's Freedom of Information Act (FOIA) Complaint. The response is currently due on October 29, 2015. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to Defendant's requested extension.

There is good cause for the Court to grant this enlargement of time request. As explained to Plaintiff's counsel, the undersigned is scheduled to participate in a training program at the National Advocacy Center in South Carolina from October 27 to October 30, 2015. More importantly, the undersigned needs additional time to become more familiar with the procedural and factual background of this FOIA case. Furthermore, the undersigned needs to continue to confer with the agency on the status of its processing of Plaintiff's FOIA request.

For the foregoing reasons, Defendant respectfully requests that the Court extend the deadline to November 12, 2015, for Defendant to respond to the Complaint.

October 23, 2015.                                  Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              D.C. Bar #415793
                                              United States Attorney

                                              DANIEL F. VAN HORN
                                              D.C. BAR # 924092
                                              Chief, Civil Division

By:     _____//s_____
           JOHN C. TRUONG
           D.C. BAR #465901
           Assistant United States Attorney
           555 4th Street, N.W.
           Washington, D.C. 20530
           Tel: (202) 252-2524
           Fax: (202) 252-2599
           E-mail: John.Truong@usdoj.gov
           Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| URBAN AIR INITIATIVE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL PROTECTION )<br>AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No.: 15-1333 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion For An Extension of Time and the entire record herein, it is this _____ day of _____, 2015,

**ORDERED** that Defendant's Consent Motion For An Extension of Time be and is hereby **GRANTED**; it is

**FURTHER ORDERED** that Defendant shall have up to and including November 12, 2015, to respond to Plaintiff's Complaint.

**SO ORDERED**.

_____
United States District Judge