## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **URBAN AIR INITIATIVE, INC.,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 15-1333 (ABJ)** |
| **v.** | ) | **ECF** |
| | ) | |
| **ENVIRONMENTAL PROTECTION** | ) | |
| **AGENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## MOTION TO ENLARGE TIME TO FILE
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the United States Environmental Protection Agency ("Defendant" or "EPA"), by and through the undersigned counsel, respectfully moves for an enlargement of time until December 4, 2018, to file Defendant's Motion for Summary Judgment. In support hereof, Defendant states the following good cause:

1.  Pursuant to the Court's Minute Order October 30, 2018, Defendant's Motion for Summary Judgment is now due.

2.  The undersigned respectfully requests this enlargement due to the press of business and because, due to a family obligation, the undersigned returned later than planned from leave taken over the Thanksgiving break. Under these time constraints, the undersigned had dedicated more time attempting to reach a global resolution of this action than he had been able to dedicate to the motion. In addition, the undersigned filed one pleading yesterday and has another summary judgment due today in another action.

3.      Thus, the undersigned is regrettably constrained to request this enlargement, but the requested enlargement does not change the overall due date of briefing in this action because the undersigned had added four days to Plaintiff's response time and reduced Defendant's time to file a Reply accordingly.

4.      Pursuant to LCvR 7(m), the undersigned conferred with Opposing Counsel who did not consent to this request.  It does not appear that the requested enlargement prejudices Plaintiff as the overall briefing schedule does not change.

November 30, 2018                                 Respectfully submitted,


                                                 JESSIE K. LIU, D.C. Bar No. 472845
                                                 United States Attorney
                                                 for the District of Columbia

                                                 DANIEL F. VAN HORN, D.C. Bar # 924092
                                                 Civil Chief
                                                 By:_____/s/_____
                                                 KENNETH ADEBONOJO
                                                 Assistant United States Attorney
                                                 Judiciary Center Building
                                                 555 4th Street, N.W. – Civil Division
                                                 Washington, D.C. 20530
                                                 (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | )
|---|---|
| **URBAN AIR INITIATIVE, INC.,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | )   **Civil Action No. 15-1333 (ABJ)** |
| **v.** | )   **ECF** |
| | ) |
| **ENVIRONMENTAL PROTECTION** | ) |
| **AGENCY,** | ) |
| | ) |
| **Defendant.** | ) |

_____)

<u>**ORDER**</u>

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Motion for Summary Judgment is due no

later than December 4, 2018; Plaintiff's Opposition is due on or before January 11, 2019; and

Defendant's Reply is due on or before January 31, 2019.


_____
                    HON. AMY BERMAN JACKSON, U.S.D.J.

DATE

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to be served upon Plaintiffs' counsel via ECF.

_____ /s/
KENNETH ADEBONOJO
Assistant United States Attorney