IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN AIR INITIATIVE, INC., *et al.*,<br><br>                    *Plaintiffs*,<br><br>     v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>                    *Defendant*. | Civil Action No. 15-1333 (ABJ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Urban Air Initiative and Energy Future Coalition (collectively, "Plaintiffs") and Defendant Environmental Protection Agency ("EPA") stipulate that this action be dismissed with prejudice.

The parties further stipulate that Plaintiffs reserve their right to seek reasonable attorneys' fees and costs in accordance with 5 U.S.C. § 552(a)(4)(E) and Fed. R. Civ. P. 54(a)(2) and that Defendant reserves its right to oppose Plaintiffs' request for fees.

1

| | |
|---|---|
| February 11, 2019 | Respectfully submitted,<br><br>/s/ Adam R.F. Gustafson<br>C. Boyden Gray (D.C. Bar 122663)<br>Adam R.F. Gustafson (D.C. Bar 1010952)<br>　*Counsel of Record*<br>James R. Conde (D.C. Bar 1031694)<br>BOYDEN GRAY & ASSOCIATES<br>801 17th Street NW, Suite 350<br>Washington, DC 20006<br>202-955-0620<br>gustafson@boydengrayassociates.com<br><br>*Counsel for Plaintiffs Urban Air Initiative, Inc. & Energy Future Coalition*<br><br>JESSIE K. LIU, D.C. Bar No. 472845<br>United States Attorney<br>for the District of Columbia<br><br>DANIEL F. VAN HORN, D.C. Bar # 924092<br>Civil Chief<br><br>By:＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, N.W. B Civil Division<br>Washington, D.C.  20530<br>Telephone: (202) 252-2562<br><br>*Counsel for Defendant, Environmental Protection Agency* |